FILED

08 JAN -2 PM 2:41

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR REYNOLPHO REYES-RODAS,<br>Defendant. | Criminal Case No. '08 CR 0017 H<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Edgar Reynolpho Reyes-Rodas, Criminal Case No. 07CR3176-H.

DATED: January 2, 2008.

KAREN P. HEWITT
United States Attorney

J. Moore

JEFFREY D. MOORE
Assistant U.S. Attorney