LEILA W. MORGAN
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Mr. Reyes-Rodas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**EDGAR REYNOLPHO REYES-RODAS**,<br>Defendant. | Case No. 08cr0017-H<br><br>**JOINT MOTION TO CONTINUE MOTION HEARING** |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
JOSEPH ORABONA, ASSISTANT UNITED STATES ATTORNEY.

Edgar Reyes-Rodas, by and through his attorneys, Leila W. Morgan and Federal Defenders of San Diego, counsel for Mr. Reyes-Rodas, jointly moves with Assistant United States Attorney Joseph Orabona, that the sentencing hearing currently set for April 21, 2008, at 2:00 p.m. be continued until June 2, 2008, at 2:00 p.m. Mr. Reyes-Rodas is currently in the custody of the U.S. Marshalls. The parties also agree that time should be excluded under the speedy trial act, as there are still motions pending in the case that are not resolved.

//

//

//

//

For the foregoing reasons, the parties jointly request that the sentencing hearing be continued until June 2, 2008 at 2:00 p.m.

Dated: April 17, 2008

/s/ Leila W. Morgan

**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Reyes-Rodas
Leila_Morgan@fd.org

Dated: April 17, 2008

/s/ Joseph Orabona

**JOSEPH ORABONA**
Assistant United States Attorney
Joseph.Orabona@usdoj.gov

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Joseph Orabona**
U S Attorneys Office Southern District of California
Civil Division
880 Front Street
Suite 6253
San Diego, CA 92101
(619)557-5662
Fax: (619)235-2757
Email: Joseph.Orabona@usdoj.gov

Dated: April 17, 2008

/s/ Leila W. Morgan

**LEILA W. MORGAN.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Reyes-Rodas
Leila_Morgan@fd.org