UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**EDGAR REYNOLPHO REYES-RODAS,**<br>Defendant. | CASE NO. 08cr0017-H<br><br>**ORDER CONTINUING MOTION HEARING** |

**IT IS HEREBY ORDERED** that the joint motion (docket no.12) requesting the continuance of the motion hearing currently set for April 21, 2008, at 2:00 p.m., until **June 2, 2008, at 2:00 p.m.**, be **GRANTED.** The Court also finds that time id excluded under the Speedy Trial Act until**.** The defendant is currently in custody.

**SO ORDERED.**

Dated: April 18, 2008

**HONORABLE MARILYN L. HUFF**
United States District Judge