KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736 / (619) 235-2757(Fax)
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0017-H |
| Plaintiff, | ) | Date: September 15, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 13 |
| v. | ) | |
| EDGAR REYNOLPHO REYES-RODAS, | ) | The Honorable Marilyn L. Huff |
| Defendant. | ) | **JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES that the Motion Hearing/Trial Setting in the above-mentioned case, currently scheduled for September 15, 2008 at 2:00 p.m., be continued until October 20, 2008 at 2:00 p.m. The parties are awaiting additional evidence from the immigration authorities that will help determine the direction of the case. Defendant is in custody. The parties agree that the time between now and October 20, 2008 is excludable under the Speedy Trial Act.

SO STIPULATED.

Dated: September 11, 2008

s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

Dated: September 11, 2008

s/ *Leila W. Morgan*
LEILA W. MORGAN
Attorney for Defendant Reyes-Rodas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR REYNOLPHO REYES-RODAS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 08CR0017-H<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Joint Motion to Continue the Motion Hearing/Trial Setting** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Leila Morgan, Esq.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101
Tel: (619) 234-8467
Fax: (619) 687-2666
Email: leila_morgan@fd.org
*Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney