UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDGAR REYNOLPHO REYES-RODAS, Defendant. | Criminal Case No. 08CR0017-H<br>Date: September 15, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 13<br>The Honorable Marilyn L. Huff<br>**ORDER** |

IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in the above-mentioned case, currently scheduled for September 15, 2008 at 2:00 p.m., be continued until **October 20, 2008 at 2:00 p.m.** The time between now and October 20, 2008 is excluded. The defendant is currently in custody.

SO ORDERED.

Dated: September 12, 2008

Marilyn L. Huff

HONORABLE MARILYN L. HUFF
United States District Judge
Southern District of California